

## NUMBER 13-15-00428-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JERRY HARTFIELD**                                           **Appellant,**

**v.**

**STATE OF TEXAS**                                             **Appellee.**

---

**On appeal from 130th District Court
of Matagorda County, Texas.**

---

# ORDER

### Before Justices Benavides, Perkes, and Longoria
### Order Per Curiam

On May 3, 2016, this Court abated this cause and ordered the trial court to conduct

a hearing pursuant to Texas Rule of Appellate Procedure 34.6(e)(3) to determine whether

the record on appeal was complete and whether a hearing that took place on December

19, 2013 should be part of the appellate record.  On May 4, 2016, appellant's counsel

filed a motion to reconsider this Court's May 3, 2016 order contending that it does not

oppose the addition of the December 19, 2013 to the appellate record. Accordingly, after due consideration, this Court: (1) grants appellant's motion to reconsider; (2) withdraws its May 3, 2016 order; (3) reinstates the case on appeal; and (4) orders the trial court clerk to file a supplemental record with this Court regarding the December 19, 2013 hearing. All other relief requested by appellant will be carried with the case.

IT IS SO ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2 (b).

Delivered and filed the
5th day of May, 2016.